DEAN *v.* THE BOARD OF COMMISSIONERS OF PUTNAM COUNTY.

BOUNTIES.—SUBSTITUTES.—It was held that the fact that the person procuring the substitute had been drafted, did not distinguish this case from that of *Miller* v. *The Board of Commissioners, &c., ante*, p. 75.

APPEAL from the *Putnam* Circuit Court.

GREGORY, J.—We think there is no material difference between this case and *Miller* v. *The Board of Commissioners of Putnam Co., ante*, p. 75. The fact that the person pro-

curing the substitute had been drafted, but not mustered into the service, can make no difference in principle. It would have been competent for the county to have paid a bounty to the drafted man. Why not, then, on his procuring a substitute? The county, in each case, was relieved to that extent from the draft, and the government aided to a soldier. The court below erred in sustaining the demurrer to the complaint.

The judgment is reversed, with costs, and the cause remanded, with directions to overrule the demurrer to the complaint, and for further proceedings.

*S. Turman*, for appellant.

*D. E. Williamson* and *A. Daggy*, for appellee.